**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL RIVERA,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-CV-4657** |
| | : | |
| **JAIME LUQUIS,** *et al.*, | : | |
|     **Defendants.** | : | |

**<u>ORDER</u>**

  **AND NOW**, this 29th day of October, 2024, upon consideration of Defendants' motion to partially dismiss the complaint (Doc. No. 16), and Plaintiff Michael Rivera's response (Doc. No. 21), it is **ORDERED** that:

  1. Defendants' motion is **GRANTED** for the reasons stated in the accompanying memorandum.  Rivera's claims for damages against Defendants Jaime Luquis and David Coulehan in their official capacities are **DISMISSED WITH PREJUDICE**, and Rivera's claims for declaratory and injunctive relief are **DISMISSED WITHOUT PREJUDICE**.  No leave to amend will be granted since any attempt would prove futile.

  2. Defendants Jaime Luquis and David Coulehan shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

**IT IS SO ORDERED.**

        */s/ Karen Spencer Marston*
        KAREN SPENCER MARSTON, J.